THE BROOKLYN PUBLIC LIBRARY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted May 27, 1929; decided July 11, 1929.)

MOTION for reargument or to amend remittitur. (See 250 N. Y. 495.)

*Per Curiam.* The opinion should be limited as applicable to the facts appearing in the record. It was not the intention of this court to indicate its opinion as to the liability of the plaintiff to pay taxes upon the property in question or other maintenance charges. This court decided only that upon the facts disclosed in the record the plaintiff could not recover from the defendant the sums which it had paid for insurance and interest on the mortgages.

The motion for reargument or to amend the remittitur should be denied.

ETHEL MADFES, Respondent, *v.* BEVERLY DEVELOPMENT CORPORATION et al., Defendants, and THE COALECON COMPANY, INC., Appellant.

(Submitted July 11, 1929; decided July 11, 1929.)

MOTION to amend remittitur. (See 251 N. Y. 12.)

Motion granted. Recall of remittitur requested and remittitur when recalled will be amended by granting a new trial in lieu of the award of judgment absolute.